# Court of Appeals
# of the State of Georgia

ATLANTA,  March 17, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1462. THEODORE LEONARD ROBERSON v. THE STATE.**

Theodore Roberson pled guilty to one count of terroristic threats on August 7, 2025. On January 13, 2026, Roberson filed a direct appeal to this Court. We, however, lack jurisdiction.

First, Roberson's appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, Roberson did not file his notice of appeal until 159 days after his guilty plea.

Second, a direct appeal from a guilty plea must come by discretionary application. See OCGA § 5-6-35(a)(5.3); *Hester v. State*, 378 Ga. App. 121, 121 (924 SE2d 457) (2025). Compliance with the discretionary appeals procedure is jurisdictional. *Phaneuf v. Anthony*, 375 Ga. App. 636, 638 (917 SE2d 191) (2025).

For these reasons, Roberson's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/17/2026*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*